UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>                              Plaintiff,<br><br>            -vs-<br><br>WEST MARINE INC.,<br><br>                              Defendant. | Civil Action No. 21-cv-1388-LPS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff IP Power Holdings Limited ("Plaintiff" or "IP Power") hereby answers the Counterclaims of Defendant West Marine Inc. ("Defendant"). Except as expressly admitted below, Plaintiff denies all allegations contained in Defendant's Counterclaims.

1. Plaintiff admits that Defendant's Counterclaims purport to bring "an action for judgment declaring [the '811 Patent] not infringed and invalid." Plaintiff denies all remaining allegations in Paragraph 1 of the Counterclaims.

**DEFENDANT'S ALLEGATIONS AS TO PARTIES**

2. Plaintiff is without sufficient information to form a belief as to the allegations of Paragraph 2 of and therefore denies the same.

3. Plaintiff admits that IP Power Holdings Limited is a British Virgin Islands corporation, with a principal place of business at P.O. Box 438, Road Town, Tortola, British Virgin Islands.

1

## DEFENDANT'S ALLEGATIONS AS TO JURISDICTION AND VENUE

4. Paragraph 4 of the Counterclaims states a legal conclusion and does not require a response from Plaintiff. To the extent a response is required, Plaintiff denies all allegations set forth in Paragraph 4 of the Counterclaims.

5. Plaintiff admits that Plaintiff's Complaint sufficiently alleges, *inter alia*, that West Marine infringes at least claim 1 of the '811 Patent. The remaining allegations of Paragraph 5 of the Counterclaims are legal conclusions that do not require a response from Plaintiff. To the extent the allegations require a response, Plaintiff denies all remaining allegations in Paragraph 5 of the Counterclaims.

6. Paragraph 6 of the Counterclaims states a legal conclusion and does not require a response from Plaintiff. To the extent a response is required, Plaintiff denies all allegations set forth in Paragraph 6 of the Counterclaims.

## DEFENDANT'S ALLEGATIONS AS TO COUNT I

7. In response to Paragraph 7 of the Counterclaims, Plaintiff adopts and incorporates its responses to Paragraphs 1 through 6 of the Counterclaims.

8. Plaintiff admits that Plaintiff's Complaint sufficiently alleges that West Marine infringes the '811 Patent.

9. Paragraph 9 of the Counterclaims states a legal conclusion and does not require a response from Plaintiff. To the extent a response is required, Plaintiff denies all allegations set forth in Paragraph 9 of the Counterclaims.

10. Denied.

11. Denied.

12. Denied.

## DEFENDANT'S ALLEGATIONS AS TO COUNT II

13. In response to Paragraph 13 of the Counterclaims, Plaintiff adopts and incorporates its responses to Paragraphs 1 through 12 of the Counterclaims.

14. Denied.

15. Denied.

16. Denied.

## DEFENDANT'S PRAYER FOR RELIEF

17. Plaintiff denies all allegations contained in the remainder of the Counterclaims and denies that Defendant is entitled to any of the relief requested in Paragraphs 17 through 22 of its Prayer for Relief or to any relief in any form whatsoever. Plaintiff further denies all allegations in the Counterclaims to which it has not specifically responded.

| | |
|---|---|
| Dated: January 12, 2022 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Lucian C. Chen<br>Todd M. Nosher<br>CALHOUN, BHELLA & SECHREST<br>5 Columbus Circle, 11th Floor<br>New York, NY 10019<br>646.819.0401 (Main)<br>646.819.0407 (Fax)<br>lchen@cbsattorneys.com<br>tnosher@cbsattorneys.com | /s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff IP Power Holdings Limited* |